OPINION — AG — (1) YOU ARE ADVISED THAT UNLESS AND UNTIL A SWORN COMPLAINT IS FILED WITH THE STATE BOARD OF CHIROPRACTIC EXAMINERS CHARGING SAID CHIROPRACTOR WITH "PROCURING OR AIDING IN THE PROCURING OF A CRIMINAL ABORTION" THE BOARD IS NOT AUTHORIZED TO TAKE ANY ACTION IN THE PREMISES. (2) THE PERSON REFERRED TO BY YOU SHOULD NOT BE LICENSED BY RECIPROCITY UNDER HER ORIGINAL LICENSE NUMBER BUT UNDER A LICENSE NUMBER TO BE FIXED BY THE BOARD. CITE: 59 O.S.H. 164(D) (FRED HANSEN)